IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

| | |
|---|---|
| IN RE MATTHEW CURTIS WITT,<br><br>Debtor.<br><hr>NOEL WEST LANE III,<br><br>Appellant,<br><br>v.<br><br>MATTHEW CURTIS WITT et al.,<br><br>Appellees. | Case No. 25-cv-02479-REB<br><br>Bankr. No. 17-17630-MER<br>Adv. No. 21-01100-MER |

## ORDER GRANTING MOTION

On January 15, 2026, Appellant filed a motion requesting (1) clarification that his reply brief deadline begins on the date the final response brief is filed and (2) an extension of the reply brief deadline to thirty days after the filing of the final response brief [ECF No. 20] ("Motion").

The Court GRANTS the Motion. Appellant shall file one reply brief, which is due within thirty days from the date the final response brief is filed.

Dated this 16th day of January 2026.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge