IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02479

NOEL WEST LANE III

    Plaintiff-Appellant,

v.

MATTHEW CURTIS WITT, DEFENDANT,
          AND
MATTHEW CURTIS WITT, PRESIDENT AND SR. LOAN OFFICER, SILVER LEAF MORTGAGE, INC.
SILVER LEAF MORTGAGE, INC.
NICOLE WITT
NICOLE WITT, OWNER SILVER LEAF MORTGAGE, INC.
TORREY LIVENICK
TORREY LIVENICK, ESQ.
LIVENICK LAW
MILLER & LAW P.C.
DAVID B. LAW
DAVID B. LAW, MILLER & LAW P.C.
SHAUN A. CHRISTIENSEN, MILLER & LAW P.C.
SHAUN A. CHRISTENSEN, APPEL, LUCAS & CHRISTENSEN P.C.
SHAUN A. CHRISTENSEN
DAVID OPPENHEIM
DAVID OPPENHEIM, MILLER & LAW P.C.
DAVID OPPENHEIM, DAVID S. OPPENHEIM LAW
GLENN MERRICK
GLENN MERRICK & ASSOCIATES
GLENN MERRICK, MERRICK, BERNSTEIN, SHANER, LLC
BUECHLER LAW OFFICE, LLC,
KELSEY JAMIE BUECHLER
MICHAEL LAMB, and

5 Does
    Defendants-Appellees

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 FEB 10 AM 9:26

1

**UNOPPOSED NOTICE OF MOTION AND MOTION TO ENLARGE TIME FROM MONDAY, MARCH 16, 2026 TO MONDAY, APRIL 20, 2026 TO COMPLETE APPELLANT'S REPLY BRIEF DUE TO RECURRING 5 MONTH VETERANS ADMINISTRATION MEDICAL PROCEDURE FOR PAIN MANAGEMENT CAUSED BY AGENT ORANGE EXPOSURE DURING 4 COMBAT DEPLOYMENTS TO VIETNAM**

COMES NOW Plaintiff-Appellee Noel West Lane III In Pro se ("Lane") and by his own Unopposed Notice of Motion and Motion to Enlarge Time From Monday, March 16, 2026 to Monday, April 20, 2026 to Complete Appellant's Reply Brief Due to Recurring 5 Month Veterans Administration Medical Procedure for Pain Management Caused by Agent Orange Exposure During 4 Combat Deployments to Vietnam, and states as follows:

1. This Motion is unopposed by Appellees' Attorneys Charles Stewart Parnell, Kelsey Jamie Buechler, Michael Carey Lamb, Miller and Law P,C,. and Torrey Livenick.

2. Appellant has not obtained the positions of all appellees regarding this motion.

    a. Given the number of appellees, the undeliverable addresses, and the uncertainty regarding representation, Appellant is unable to determine the positions of all appellees on this request.

3. As of the date of this Motion no objections have been expressed by any representative of the Appellees.

4. Appellees' brief are due February 13, 2026.

5. The Court has granted me permission to consolidate my reply brief and 30 days to

prepare my brief.

6. My Reply Brief is due Monday March 16, 2026.

7. My medical procedure is scheduled for March 20, 2026.

8. I am unable to sit in front of a computer for longer than 40 to 45 minutes per day in the 30 to 60 days preceding my medical procedure scheduled for March 20, 2026 thus severely impairing my ability to read briefs, research case law, and prepare my reply brief until following my injection therapy on March 20, 2026.

9. An enlargement of time from Monday, March 16, 2026 to Monday, April 20, 2026 to allow Appellant to prepare and file his Reply Brief will not unduly burden Appellees as this is an appellate matter and all evidence and records have been preserved.

10. Appellant is respectfully requesting an enlargement of time of 31 days from Friday, March 20, 2026 to Monday April 20, 2026 as the 30th day following my injection therapy falls on a Sunday.

**Wherefore**, for all the reasons stated above, Appellant respectfully requests this Court to grant Appellant's unopposed Motion for an Enlargement of Time from Monday, March 16, 2026 to Monday April 20, 2026.

Respectfully submitted this 10th February 2026,

*/s/ Noel West Lane III*

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

**<u>Counsel for the Plaintiff-Appellant</u>**

Plaintiff-Appellant In Pro se:
Noel West Lane III

In Pro Se

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th February 2026 I mailed a copy Appellant's Unopposed Notice of Motion and Motion to Enlarge Time From Monday March 16, 2026 to Monday, April 20, 2026 to Complete Appellant's Reply Brief Due to Recurring 5 Month Veterans Administration Medical Procedure for Pain Management Caused by Agent Orange Exposure During 4 Combat Deployments to Vietnam  Motion was served via US Mail to the following parties and hand delivered to the Clerk of the Court:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |

Defendant-Appellees

1.   Matthew Curtis Witt
2792 Greatwood Way,
Highlands Ranch, Colorado 80126, and

Defendants:

2.   Silver Leaf Mortgage, Inc.
6972 S. Vine St #366,
Centennial, CO 80122.

3.   Matthew Curtis Witt, President and Sr. Loan Officer
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4.   Nicole Witt
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

5.   Torrey Livenick
730 17th St Ste 900,
Denver, CO 80202.

6.   Torrey Livenick, Esq.

730 17th St Ste 900,
Denver, CO 80202.

7. Livenick Law
730 17th St Ste 900,
Denver, CO 80202.

8. Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

9. David B. Law,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

10. David B. Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

11. Shaun A. Christensen, Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12. Shaun A. Christensen,
1900 West Littleton
Boulevard, Littleton, Colorado 80120.

13. Appel, Lucas & Christensen, a professional corporation
1624 Market Street, Suite 310
Denver, Colorado 80202

14. Shaun A. Christensen,
1624 Market Street, Suite 310,
Denver, Colorado 80202

15. David Oppenheimer
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheimer,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

17. David Oppenheimer,

5

David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

18. Glenn W. Merrick
5360 Preserve Parkway, South,
Greenwood Village, Colorado 80121.

19. Glenn Merrick & Associates
6300 S. Syracuse Way, Suite 220
Greenwood Village, CO 80111.

20. Glenn W. Merrick,
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

21. Buechler Law Office LLC,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

22. Kelsey Jamie Buechler,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

23. Michael Lamb,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

24. Defendant Five (5) Does

Note: Several appellees and attorney-appellees share the same physical mailing address. In the interest of efficiency and consistent with FRAP 25(b), Appellant has consolidated service to those addresses by placing copies of the filing in a single envelope addressed to the shared location. Each appellee is still individually listed in this Certificate of Service, and Appellant continues to serve all parties in good faith using the best contact information reasonably available until the Court orders the appellees to file Combined Statements under BAP L. R. 8003-2.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02479

NOEL WEST LANE III

    Plaintiff-Appellant,

v.

MATTHEW CURTIS WITT, DEFENDANT,
          AND
MATTHEW CURTIS WITT, PRESIDENT AND SR. LOAN OFFICER, SILVER LEAF MORTGAGE, INC.
SILVER LEAF MORTGAGE, INC.
NICOLE WITT
NICOLE WITT, OWNER SILVER LEAF MORTGAGE, INC.
TORREY LIVENICK
TORREY LIVENICK, ESQ.
LIVENICK LAW
MILLER & LAW P.C.
DAVID B. LAW
DAVID B. LAW, MILLER & LAW P.C.
SHAUN A. CHRISTIENSEN, MILLER & LAW P.C.
SHAUN A. CHRISTENSEN, APPEL, LUCAS & CHRISTENSEN P.C.
SHAUN A. CHRISTENSEN
DAVID OPPENHEIM
DAVID OPPENHEIM, MILLER & LAW P.C.
DAVID OPPENHEIM, DAVID S. OPPENHEIM LAW
GLENN MERRICK
GLENN MERRICK & ASSOCIATES
GLENN MERRICK, MERRICK, BERNSTEIN, SHANER, LLC
BUECHLER LAW OFFICE, LLC,
KELSEY JAMIE BUECHLER
MICHAEL LAMB, and

5 Does
    Defendants-Appellees

---

### UNOPPOSED NOTICE OF MOTION AND MOTION TO ENLARGE TIME FROM MONDAY, MARCH 16, 2026 TO MONDAY, APRIL 20, 2026 TO COMPLETE APPELLANT'S REPLY BRIEF DUE TO RECURRING 5 MONTH VETERANS ADMINISTRATION MEDICAL PROCEDURE FOR PAIN MANAGEMENT CAUSED BY AGENT ORANGE EXPOSURE DURING 4 COMBAT DEPLOYMENTS TO VIETNAM

---

**THIS MATTER**, having come before the Court and the Court being fully apprised of the issues contained therein:

**HEREBY**, Grants Plaintiff-Appellant Noel West Lane III's In Pro se Unopposed Notice of Motion and Motion to Enlarge Time From Monday March 16, 2026 to Monday, April 20, 2026 to Complete Appellant's Reply Brief Due to Recurring 5 Month Veterans Administration Medical Procedure for Pain Management Caused by Agent Orange Exposure During 4 Combat Deployments to Vietnam

Date: _____         _____

United States District Court Colorado District