# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case Action No. 25-cv-02479-SKC
(Bankr. No. 17-17630-MER)
(Adv. No. 21-01100-MER)

In re: MATTHEW CURTIS WITT,

  Debtor.

---

NOEL WEST LANE III,

  Appellant,

v.

MATTHEW CURTIS WITT et al.

---

## JUDGMENT

---

  The following Judgment of this Court is hereby entered in accordance with the

*Opinion* of District Judge S. Kato Crews entered on August 10, 2026.


Dated this 10th day of August 2026.


       **JEFFREY P. COLWELL, Clerk of Court**

       By: /s/ Jeffrey P. Colwell
         Clerk of Court